# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3590
Lower Tribunal Nos. CF19-010352-XX and CF19-010353-XX

_____

JOHN BARRYMAN STARLING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Susan L. Barber, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.

John Barryman Starling, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED